1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 BRANDON ALEXANDER FAVOR,        No. 2:15-cv-1396-EFB P

12       Plaintiff,

13   v.        ORDER

14 RICHARD J. DONOVAN
CORRECTIONAL FACILITY, et al.,
15
      Defendants.
16

17

18     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

19 U.S.C. § 1983. He asserts a claim arising out of events that occurred at Richard J. Donovan

20 Correctional Facility in San Diego, California.

21     A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a

22 judicial district where any defendant resides, if all defendants reside in the same State, (2) a

23 judicial district in which a substantial part of the events or omissions giving rise to the claim

24 occurred, or a substantial part of property that is the subject of the action is situated, or (3) a

25 judicial district in which any defendant may be found, if there is no district in which the action

26 may otherwise be brought." 28 U.S.C. § 1391(b).

27 /////

28 /////

1

1     The Richard J. Donovan Correctional Facility is in San Diego County. Because San Diego County lies within the venue of the Southern District of California, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(d).

    Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Southern District of California. *See* 28 U.S.C. § 1406(a).

Dated: July 13, 2015.

                                                              */s/ Edmund F. Brennan*
                                                             EDMUND F. BRENNAN
                                                             UNITED STATES MAGISTRATE JUDGE